```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                   Case No. 17-15618-mdc
Tessa S Everett                                                          Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett              Page 1 of 2              Date Rcvd: Jul 16, 2020
                               Form ID: pdf900              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Tessa S Everett,    1429 Ellsworth Street,    Philadelphia, PA 19146-3107
14007467        Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970000       +Ditech Home Loans,    Attn: Bankruptcy Department,    P.O. Box 6172,   Rapid City, SD 57709-6172
13970001        Enterprise Car Share,    585East Swedesford Road Suite 200,    Wayne, PA 19087
13970002        Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
14210357       +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13970005       +PGW,   1800 North 9th Street,    Philadelphia, PA 19122-2021
13970006       +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:33:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13969999       +E-mail/Text: broman@amhfcu.org Jul 17 2020 04:33:50     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14044717        E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:33:59     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13970003       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 04:33:24     Internal Revenue,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14033660        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:37:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13970004       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:37:46
                 LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
13994410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:38:38
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13979266       +E-mail/Text: bankruptcy@philapark.org Jul 17 2020 04:34:19     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13970007       +E-mail/Text: bankruptcy@philapark.org Jul 17 2020 04:34:19     Philadelphia Parking Authority,
                 P.O. Box 41818,    Philadelphia, PA 19101-1818
14011202       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2020 04:33:52     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
13970008       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2020 04:33:17
                 Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14009064        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:38:35      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
13970012        E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:33:59     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13970009*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13970010*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13970011*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Jul 16, 2020
                               Form ID: pdf900              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tessa S Everett dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TESSA S EVERETT | Chapter 13 |
| Debtor | Bankruptcy No. 17-15618-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 16, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
TESSA S EVERETT

1429 ELLSWORTH STREET

PHILADELPHIA, PA 19146