IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Tessa S. Everett | ) | Chapter 13 |
| Debtor | ) | |
| | ) | No. 17-15618-MDC |
| | ) | |
| | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Vacate Dismissal Order and respectfully requests that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor(s)

Date: 8/20/20