IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tessa S. Everett | : | No. 17-15618-MDC |
| Debtor | : | |

## O R D E R

AND NOW, this _____ day of _____ ,2020, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Chapter 13 Trustee's Dismissal Order is VACATED and the debtor can continue making the remaining plan payments as per the terms of the Chapter 13 Plan.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE