IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :       Chapter 13


Tessa S Everett                 :       No.  17-15618 MDC
    Debtor


**PRAECIPE  TO  WITHDRAW**


Pursuant to the above-captioned matter, kindly withdraw the
Proposed Order filed on 9/8/2020.



                          /s/ David M. Offen
                          David M. Offen, Esquire
                          Curtis Center, 1st Fl., Ste. 160 W
                          601 Walnut Street
                          Philadelphia, PA  19106
                          215-625-9600


Dated:  September 8, 2020