IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :   CHAPTER 13
                          :
Tessa S. Everett          :   No. 17-15618-MDC
     Debtor               :

O R D E R

AND NOW, this _____ day of _____ ,2020, upon
consideration of the Motion to Vacate Dismissal Order, it is hereby
ORDERED that the Dismissal Order is VACATED and the debtor can
continue making the remaining plan payments as per the terms of
the Chapter 13 Plan.


_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE