IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tessa S. Everett | : | No. 17-15618-MDC |
| Debtor | : | |

## O R D E R

AND NOW, this \_\_\_9th\_\_\_ day of \_\_\_September\_\_\_, 2020, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Dismissal Order is VACATED and the debtor can continue making the remaining plan payments as per the terms of the Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE