```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                   Case No. 17-15618-mdc
Tessa S Everett                                                          Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Sep 09, 2020
                              Form ID: pdf900             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Tessa S Everett,    1429 Ellsworth Street,    Philadelphia, PA 19146-3107
14007467        Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970000       +Ditech Home Loans,    Attn: Bankruptcy Department,     P.O. Box 6172,    Rapid City, SD 57709-6172
13970001        Enterprise Car Share,    585East Swedesford Road  Suite 200,     Wayne, PA 19087
13970002        Fst Premier,   601 S Minneapolis Ave,     Sioux Falls, SD 57104
14210357       +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13970005       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13970006       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 10 2020 05:02:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13969999       +E-mail/Text: broman@amhfcu.org Sep 10 2020 05:02:53     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14044717        E-mail/Text: megan.harper@phila.gov Sep 10 2020 05:02:58     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13970003       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 10 2020 05:02:34     Internal Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14033660        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2020 05:04:45
                 LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13970004       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2020 05:05:09
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
13994410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2020 05:04:24
                 Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541
13979266       +E-mail/Text: bankruptcy@philapark.org Sep 10 2020 05:03:08     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13970007       +E-mail/Text: bankruptcy@philapark.org Sep 10 2020 05:03:08     Philadelphia Parking Authority,
                 P.O. Box 41818,    Philadelphia, PA 19101-1818
14011202       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 10 2020 05:02:53     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13970008       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 10 2020 05:02:27
                 Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14009064        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2020 05:05:10     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13970012        E-mail/Text: megan.harper@phila.gov Sep 10 2020 05:02:57     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13970009*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13970010*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13970011*      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Virginia           Page 2 of 2            Date Rcvd: Sep 09, 2020
                              Form ID: pdf900          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tessa S Everett dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tessa S. Everett | : | No. 17-15618-MDC |
| Debtor | : | |

O R D E R

AND NOW, this 9th day of September, 2020, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Dismissal Order is VACATED and the debtor can continue making the remaining plan payments as per the terms of the Chapter 13 Plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE